UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.S.S.M., <br><br> Petitioner, <br><br> v. <br><br> MINGA WOFFORD, in official capacity as the Field Office Director of Mesa Verde, Office of Detention and Removal; et al., <br><br> Respondents. | No. 1:25-cv-01518-TLN-AC <br><br> **ORDER** |

On November 9, 2025, Petitioner F.S.S.M. ("Petitioner") filed an *Ex Parte* Motion for Temporary Restraining Order ("TRO") and Motion for Preliminary Injunction in their habeas corpus case. (ECF No. 2.) Petitioner also filed a Motion to Proceed Via Pseudonym. (ECF No. 3.) The Court has reviewed both motions.

As an initial matter, the Court notes Petitioner's motion for a TRO exceeds the page limit set forth in this Court's standing order.[1] The motion also contains redactions but there is no pending motion to seal and the Court has not received unredacted copies.[2] The Court is unable to

---

[1] *See* https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/50201/tln-civil-standing-order/.

[2] *See* E.D. Cal. L. R. 140–141 (Jan. 1, 2025).

1

fully evaluate Petitioner's request for a TRO without unredacted copies as it appears from the present filing that Petitioner's motion and supporting papers may include references and letters of recommendations pertaining to other individuals.  For these reasons, by no later than 10:00 a.m. on Wednesday, November 12, 2025, Petitioner's counsel is directed to: (1) file an amended motion for a TRO that complies with this Court's local rules and standing order; (2) serve Respondents with a copy of the motion and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Eastern District of California and by overnight mail; and (3) promptly file proof of service on the docket.  If Petitioner seeks to file the amended motion for a TRO with redactions or under seal, Petitioner must comply with the local rules.  *See* E.D. Cal. L. R. 140–141 (Jan. 1, 2025).

Counsel for Respondents shall promptly enter a notice of appearance.  Respondents may file any written opposition to the pending motion to proceed via pseudonym and amended motion for a TRO by 5:00 p.m. on Thursday, November 13, 2025.

The parties are ordered to appear for a hearing on Petitioner's motions on Friday, November 14, 2025, at 10:30 a.m. in Courtroom 2 before Chief District Judge Troy L. Nunley, 15th Floor of the Robert T. Matsui Federal Courthouse.  If either party seeks to appear remotely, that party must file such request on the docket.  If the parties jointly agree upon a less demanding briefing schedule and hearing date, the Court would be inclined to adopt the parties' stipulated proposal.

Pending the scheduled hearing, and unless and until the Court orders otherwise, the Court ORDERS that Respondents shall not take any action to remove Petitioner from the United States or to move Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction.").  Given the exigent circumstances presented, the Court finds this Order is warranted to maintain the status quo pending the November 14, 2025 hearing and any subsequent order and finds Petitioner has at this time satisfied the factors governing the issuance of such preliminary relief.

///

1    IT IS SO ORDERED.

2  Date: November 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3